UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS-WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>Defendants. | CASE NO. 20-cv-0217-RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING THE INITIAL SCHEDULING DEADLINES |

**JOINT STIPULATION**

The Court set initial scheduling deadlines in an order, dated February 20, 2020. Dkt. No. 4. However, Defendants' response to the Complaint is not due until March 18, 2020, and pursuant to the Court's order, only the day before the first discovery deadline. Defendants believe that additional time to discuss issues pursuant to FRCP 26(f) after their response to the Complaint will allow for a more fulsome discussion between the

STIPULATED MOTION AND ORDER EXTENDING INITIAL
SCHEDULING DEADLINES
C20-217-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

parties and allow the parties to investigate any other issues presented during the parties' initial discussions potentially narrowing the issues before the Court. For good cause, the parties hereby jointly STIPULATE AND AGREE to extend the following deadlines by two weeks as follows:

| **Deadline** | **Original Deadline** | **New Deadline** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 3/19/2020 | 4/2/2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 3/26/2020 | 4/9/2020 |
| Combined Joint Status Report and Discovery Plan | 4/2/2020 | 4/16/2020 |

**SO STIPULATED.**

Dated this 18th day of March, 2020.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel: (206) 957-8611

STIPULATED MOTION AND ORDER EXTENDING INITIAL
SCHEDULING DEADLINES
C20-217-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

Dated this 18th day of March, 2020.

        BRIAN T. MORAN
        United States Attorney

        *s/ Michelle R. Lambert*
        MICHELLE R. LAMBERT, NY #4666657
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Avenue, Suite 1201
        Tacoma, Washington 98402
        Phone: 253-428-3824
        Email: michelle.lambert@usdoj.gov
        *Attorneys for Defendants*

**IT IS SO ORDERED** this 19th day of March 2020.

        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING INITIAL
SCHEDULING DEADLINES
C20-217-RSM- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970