Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS-WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-0217-RSM<br><br>**STIPULATION AND PROPOSED ORDER REGARDING FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: May 4, 2020 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), and Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15, the parties stipulate that Plaintiff Council on American-Islamic Relations-Washington will file an amended complaint with the Defendants' written consent. Pursuant to Local Civil Rule 15, Plaintiff has attached a copy of the amended complaint noting the changes to the complaint as Exhibit A. Plaintiff will file a clean version of the amended complaint following entry of the proposed order, which is included below.

Respectfully submitted on this 1st day of May, 2020.

  s/ Matt Adams
  Matt Adams, WSBA No. 28287

STIP. & ORDER REGARDING
FIRST AMENDED COMPL. - 1
Case No. 2:20-cv-0217-RSM

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

1 | matt@nwirp.org

2 | s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
3 | aaron@nwirp.org

4 | Northwest Immigrant Rights Project
615 Second Ave., Suite 400
5 | Seattle, WA 98104
Tel: (206) 957-8611

6 |

*Attorneys for Plaintiff*

7 |

8 | Brian T. Moran
United States Attorney
9 |

s/ Michelle Lambert
10 | Michelle Lambert, NY #4666657
Assistant United States Attorney
11 |

United States Attorney's Office
12 | 1201 Pacific Avenue, Suite 1201
Tacoma, Washington 98402
13 | Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov
14 |

*Attorneys for Defendants*

STIP. & ORDER REGARDING
FIRST AMENDED COMPL. - 2
Case No. 2:20-cv-0217-RSM

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

**PROPOSED ORDER**

Pursuant to the Parties' stipulation and Federal Rule of Civil Procedure 15(a)(2), Plaintiff is directed to file its proposed First Amended Complaint.

**IT IS SO ORDERED**.

Dated this 1st day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 1st day of April, 2020.

s/ Aaron Korthuis
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
(206) 587-4025 (fax)

STIP. & ORDER REGARDING FIRST AMENDED COMPL. - 3
Case No. 2:20-cv-0217-RSM

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611