Chief Judge Ricardo S. Martinez

1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
9

10   COUNCIL ON AMERICAN-ISLAMIC
     RELATIONS-WASHINGTON,                         Case No. 2:20-cv-0217-RSM

11                              Plaintiff,
                                                   **STIPULATED MOTION AND
12        v.                                       PROPOSED AND ORDER ON
                                                   BRIEFING SCHEDULE**
13   UNITED STATES CUSTOMS AND
     BORDER PROTECTION, *et al.*,                  NOTE ON MOTION CALENDAR:
14                                                 May 15, 2020
                                Defendants.
15

16        Pursuant to Local Civil Rule 7(d)(1), Plaintiff Council on American-Islamic Relations-

17   Washington (CAIR-WA) and Defendants U.S. Customs and Border Protection and U.S.

18   Department of Homeland Security request that the Court enter the dispositive briefing schedule

19   outlined below.

20        The parties continue to agree that, at this time, the initial disclosure requirements of Rule

21   26(a)(1) and the requirements of Rule 26(f), requiring the parties to prepare a discovery plan, are

22   not appropriate, as the litigation is unlikely to lead to trial, and most likely, not discovery. *See*

23

STIP. MOT. & ORDER ON BRIEFING
SCHEDULE - 1
Case No. 2:20-cv-0217-RSM

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Dkt. 10. CAIR-WA continues to reserve the right to request discovery should evidence of bad faith or other grounds of discovery emerge. *See id.*

The parties respectfully request that the Court enter an order with the following briefing schedule:

June 12, 2020: Defendants will produce a Vaughn index or declaration addressing their basis for withholding documents responsive to Plaintiff's Freedom of Information Act request.

July 3, 2020: Defendants' deadline to file their motion for summary judgment

July 24, 2020: Plaintiff's deadline to file a response and cross motion for summary judgment.[1]

August 14, 2020: Defendants' deadline to file their response to Plaintiff's cross motion for summary judgment and reply in support of motion for summary judgment

August 21, 2020: Plaintiff's deadline to file a reply in support of its motion for summary judgment.

Respectfully submitted on this 15th day of May, 2020.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel: (206) 957-8611

*Attorneys for Plaintiff*

---

[1] Plaintiff also reserves the right to seek additional relief, such as a more detailed Vaughn index.

STIP. MOT. & PROPOSED ORDER ON
BRIEFING SCHEDULE - 2
Case No. 2:20-cv-0217-RSM

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

1    Brian T. Moran
        United States Attorney

2

3    s/ Michelle Lambert
        Michelle Lambert, NY #4666657
        Assistant United States Attorney

4

5    United States Attorney's Office
        1201 Pacific Avenue, Suite 1201
        Tacoma, Washington 98402

6    Phone:  253-428-3824
        Email:  michelle.lambert@usdoj.gov

7

8    *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**ORDER**

Pursuant to the Parties' stipulated motion, the Court hereby ORDERS the following briefing schedule:

> June 12, 2020: Defendants will produce a Vaughn index or declaration addressing their basis for withholding documents responsive to Plaintiff's Freedom of Information Act request.

> July 3, 2020: Defendants' deadline to file their motion for summary judgment

> July 24, 2020: Plaintiff's deadline to file a response and cross motion for summary judgment.

> August 14, 2020: Defendants' deadline to file their response to Plaintiff's cross motion for summary judgment and reply in support of motion for summary judgment

> August 21, 2020: Plaintiff's deadline to file a reply in support of its motion for summary judgment.

**IT IS SO ORDERED**.

Dated this 22nd day of May, 2020.

_____

RICARDO S. MARTINEZ
United States Chief District Judge

STIP. MOT. & PROPOSED ORDER ON
BRIEFING SCHEDULE - 4
Case No. 2:20-cv-0217-RSM

1

2

**CERTIFICATE OF SERVICE**

3

     I hereby certify that on May 15, 2020, I electronically filed the foregoing with the Clerk

4

of the Court using the CM/ECF system, which will send notification of such filing to those

5

attorneys of record registered on the CM/ECF system.

6

     DATED this 15th day of May, 2020.

7

8

s/ Aaron Korthuis
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
(206) 587-4025 (fax)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIP. MOT. & PROPOSED ORDER ON
BRIEFING SCHEDULE - 5
Case No. 2:20-cv-0217-RSM

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611