Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS-WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | CASE NO. C20-0217-RSM<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>**May 3, 2021** |

The parties have settled Plaintiff's claims for attorneys' fees and costs. Now, that all claims concerning the FOIA request specifically referenced in Plaintiff's complaint have been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action.

//

//

//

STIPULATED ORDER FOR DISMISSAL - 1
(CASE NO. C20-0217-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 3rd day of May, 2021. |
| 2 | |

                    s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
Tel: (206) 957-8611

*Attorneys for Plaintiff*

TESSA M. GORMAN
Acting United States Attorney

*/s/ Michelle R. Lambert*
Michelle R. Lambert, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406
Phone: (253) 428-3824
Email:    michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED ORDER FOR DISMISSAL - 2
(CASE NO. C20-0217-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.

SO ORDERED.

Dated this 4th day of May, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR DISMISSAL - 3
(CASE NO. C20-0217-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970